NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**KALMAN SAMUEL CAGAN-TEUBER,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

**DEPARTMENT OF THE AIR FORCE,**

*Intervenor*

_____

2023-1824

_____

Petition for review of the Merit Systems Protection Board in No. PH-315H-17-0410-I-1.

_____

### O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                    CAGAN-TEUBER V. MSPB

(2)  Each side shall bear their own costs.


FOR THE COURT


April 30, 2024                          Jarrett B. Perlow
   Date                                  Clerk of Court


**ISSUED AS A MANDATE:** April 30, 2024